United States District Court
Southern District of Texas
**ENTERED**
April 17, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTOR et. al. § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CASE NO. 4:18-CV-01237 |
| § | |
| FIRST GUARANTY MORTGAGE § | |
| CORPORATION § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pending before the Court is Defendant First Guaranty Mortgage Corporation ("Defendant")'s Motion for Summary Judgment, **(Instrument No. 20)**. For the reasons stated in this Court's Order of April 12, 2019, the Defendant's Motion to Dismiss is **GRANTED** and Plaintiffs' claims are **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 17th day of April, 2019, at Houston, Texas.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**